TIMOTHY J. MARA, Appellant, Respondent, v. JAMES J. TUNNEY, Also Known as GENE TUNNEY, and Another, Respondents, Appellants.— Order, so far as appealed from, modified by eliminating the items 1, 2, 3, 5 and 6, and as so modified affirmed, with ten dollars costs and disbursements to the plaintiff. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

TIMOTHY J. MARA, Appellant, v. JAMES J. TUNNEY, Also Known as GENE TUNNEY, and Another, Respondents.— Order, so far as appealed from, affirmed,

---

* Appeal dismissed, 254 N. Y. ——.

with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.